UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIGOZIE OKEY
Plaintiff,

Case No. 25-cv-11710
Honorable Linda V. Parker

v.

IKEA et al.,

Defendants.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE GRAND'S REPORT AND RECOMMENDATION (ECF NO. 68)**

Pro se Plaintiff Chigozie Okey ("Plaintiff") commenced this civil rights action against IKEA US Retail LLC ("IKEA"), and a co-worker, Corey Oneal, on June 9, 2025. (ECF No. 1.) His complaint alleges race and sex discrimination in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, et seq.), as well as a claim under the Americans with Disabilities Act of 1990 (42 U.S.C. § 12112, et seq.). The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On November 24, 2025, Defendant IKEA filed a motion to dismiss. (ECF No. 14.) On the following day, Judge Grand ordered Plaintiff to respond to the

motion. (ECF No. 15.) Plaintiff filed a response on December 2, 2025. (ECF No. 17.) Defendant IKEA filed a reply on December 23, 2025. (ECF No. 18.)

On June 26, 2026, Magistrate Judge Grand issued a report and recommendation ("R&R") recommending that the Court deny Defendant IKEA's motion to dismiss. (ECF No. 25) At the conclusion of his R&R, Magistrate Judge Grand advised the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He specifically advises that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." *Id.* at PageID.116-17. More than fourteen days have passed since service upon the parties and no objections to the R&R have been filed.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant IKEA's motion to dismiss (ECF No. 14) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 13, 2026