UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIGOZIE OKEY,

Plaintiff,

Case No. 25-cv-11710
Honorable Linda V. Parker

v.

IKEA,

Defendant.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 34) AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 33)**

Plaintiff commenced this lawsuit against Defendant on June 9, 2025. On October 13, 2026, Plaintiff filed a motion for default judgment. (ECF No. 33.) The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On October 16, 2026, Magistrate Judge Grand issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion. (ECF No. 34.) At the conclusion of the R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He further specifically advises the parties that "[f]ailure to file

specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for default judgment (ECF No. 34) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 4, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 4, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager